■ In the Matter of TYLEEL T., a Person Alleged to be a Juvenile Delinquent, Appellant. [963 NYS2d 234]—Order of disposition, Family Court, Bronx County (Allen G. Alpert, J.), entered on or about February 7, 2012, which adjudicated appellant a juvenile delinquent upon a fact-finding determination that he committed an act that, if committed by an adult, would constitute the crime of grand larceny in the fourth degree, and placed him on probation for a period of 12 months, unanimously affirmed, without costs.

The court properly exercised its discretion when it adjudicated appellant a juvenile delinquent and placed him on probation. This was the least restrictive dispositional alternative consistent with appellant's needs and the community's need for protection (*see Matter of Katherine W.*, 62 NY2d 947 [1984]). The seriousness of the offense as well as appellant's unsatisfac-

tory academic, attendance and disciplinary record at school warranted a 12-month period of supervision. Concur—Tom, J.P., Sweeny, Saxe, Román and Feinman, JJ.